In the Matter of the Probate of the Will of WILLIAM J. QUIGLY, Deceased.

DOROTHY QUIGLY, Appellant; CARRIE B. QUIGLY, Respondent.

Argued April 10, 1941; decided April 24, 1941.

*Hamilton Hicks* and *Richard Steel* for appellant.

*Richard Leo Fallon* for respondent.

Order affirmed, with costs to the respondent payable out of the estate.   No opinion.

Concur: LOUGHRAN, FINCH, LEWIS and DESMOND, JJ. CONWAY, J., dissents and votes to reverse upon the ground that a question of fact was presented which should have been submitted to the jury.   (*Matter of Limberg*, 277 N. Y. 129.)   Taking no part: LEHMAN, Ch. J., and RIPPEY, J.